**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **RHONDA DENISE TAYLOR,** *Plaintiff,* | §§§§§§§§§ | **6:23-CV-00179-ADA** |
| *v.* | | |
| **OFFICER FRED BASKETT, IN HIS INDIVIDUAL CAPACITY** *Defendant*. | | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek Gilliland. ECF No. 9. The Report recommends that that Plaintiff's Motion to Proceed in Forma Pauperis be **GRANTED.** The report further recommends that the case be **DISMISSED.** The Report and Recommendation was filed on November 21, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on December 20, 2023. ECF No. 11. The Court has conducted a *de novo* review of the report and recommendation, the objections to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland, ECF No. 9 is **ADOPTED**.

**IT IS FURTHER** ordered that this case is **DISMISSED**.

SIGNED this 15th day of November, 2024.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**